1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD M. FRIEDMAN,                          No.  2:18-cv-00324 MCE CKD (PS)

12                   Plaintiff,

13         v.                                      ORDER

14    JOHN BONILLA, et al.,

15                   Defendants.

16

17         Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to

18    28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by

19    Local Rule 302(c)(21).

20         Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable

21    to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma

22    pauperis will be granted.  28 U.S.C. § 1915(a).

23         The federal in forma pauperis statute authorizes federal courts to dismiss a case if the

24    action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted,

25    or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C.

26    § 1915(e)(2).

27         Here, plaintiff's brief and conclusory allegations do not state a federal claim against any

28    defendant.  Although the court may exercise supplemental jurisdiction over state law claims,

                                              1

1  plaintiff must first have a cognizable claim for relief under federal law.  See 28 U.S.C. § 1367.

2  The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal

3  jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal

4  subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why

5  this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction

6  will result in a recommendation that the action be dismissed.

7  Accordingly, IT IS HEREBY ORDERED that:

8  1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

9  2.  No later than March 9, 2018, plaintiff shall show cause why this action should not be

10  dismissed for lack of subject matter jurisdiction.

11  Dated:  February 22, 2018

12  _____
   CAROLYN K. DELANEY
13  UNITED STATES MAGISTRATE JUDGE

14

15

16  2/ friedman0324.ifp-nojuris

17

18

19

20

21

22

23

24

25

26

27

28

2