1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DONALD M. FRIEDMAN,                      No.  2:18-cv-00324 MCE CKD (PS)

12              Plaintiff,

13        v.                                  FINDINGS AND RECOMMENDATIONS

14   JOHN BONILLA, et al.,

15              Defendants.

16

17        Plaintiff is proceeding in this action pro se.  The matter was referred to a United States

18   Magistrate Judge pursuant to Local Rule 302(c).

19
          On February 22, 2018 the undersigned issued an order to show cause no later than March
20
     9, 2018 why this action should not be dismissed for lack of jurisdiction.  Plaintiff was advised
21
     that failure to allege a proper basis for jurisdiction would result in a recommendation that this
22
     action be dismissed.  The deadline has passed, and plaintiff has not responded to the order to
23
24   show cause.

25        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of

26   jurisdiction.

27   ////

28
                                            1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/friedman324.osc_fr